NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FLASHPOINT TECHNOLOGY, INC.,**
*Appellant,*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

**AND**

**HTC CORPORATION AND HTC AMERICA, INC.,**

*Intervenors.*

---

2012-1149

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-726.

---

## ON MOTION

---

## O R D E R

Upon consideration of HTC Corporation and HTC America, Inc.'s unopposed motion for leave to intervene,

IT IS ORDERED THAT:

The motion for leave to intervene is granted. The revised official caption is reflected above.

FOR THE COURT

FEB 09 2012
——————————
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: William D. Belanger, Esq.
    Jia Chen, Esq.
    John P. Schnurer, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 09 2012

JAN HORBALY
CLERK